control of the premises by the defendant. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ALEXANDER PELAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint on the ground that no actionable negligence was proved.

In the Matter of the Application of VALLIE G. KINNEY and Others, Stockholders in G. R. KINNEY Co., INC., for the Appointment of Appraisers. VALLIE G. KINNEY and Others, Appellants; G. R. KINNEY Co., INC., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of VALLIE G. KINNEY and Others, Stockholders in G. R. KINNEY Co., INC., for the Appointment of Appraisers. G. R. KINNEY Co., INC., Appellant; VALLIE G. KINNEY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of VALLIE G. KINNEY and Others, Stockholders in G. R. KINNEY Co., INC., for the Appointment of Appraisers. G. R. KINNEY Co., INC., Appellant; VALLIE G. KINNEY and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of FRANK T. HINES, Administrator of Veterans' Affairs, Next Friend of JOHN J. DALY, an Incompetent. Claim No. C. B. 8602. FRANK T. HINES, Administrator of Veterans' Affairs, Next Friend of JOHN J. DALY, an Incompetent, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of National Surety Company, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

NATIONAL SURETY CORPORATION, Respondent, v. THOMAS J. O'NEILL, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER STATHIS, Respondent, v. JENNIE CANELLIS and GEORGE CANELLIS, Appellants.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE CORN EXCHANGE BANK TRUST COMPANY, Formerly Known as THE CORN EXCHANGE BANK, as Trustee of a Voluntary Trust Created by HARRY M. ALLISON, JR., Deceased, Plaintiff, Respondent, v. MARY ALLISON PARKS and Others, Defendants, Appellants, and ANNE J. ALLISON, Individually and as Administratrix, etc., of HARRY M. ALLISON, JR., Deceased, Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the defendant-respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Petition of SYDNEY KRAUSE and Others, Practicing Law under the Firm Name of KRAUSE, HIRSCH & LEVIN, for the Fixation and Determination of Their Compensation for Professional Legal Services Rendered to PETER DOELGER, as Trustee, and Others, under the Last Will and Testament of